EMERENTIANA FRITH et al., Respondents, *v.* PEOPLE'S TRUST COMPANY, Defendant, and ANNA FRITH, as Administratrix of the Estate of FRANCIS E. FRITH, Deceased, Appellant.

Reported below, 133 App. Div. 920.
(Submitted January 3, 1910; decided January 11, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial

department, entered July 2, 1909, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover upon a promissory note.

The motion was made upon the ground that the record on appeal failed to show questions of law requiring review by the Court of Appeals.

*Edmund F. Driggs* for motion.

*James P. Collins* opposed.

Motion denied, with ten dollars costs.